IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KASWANA A. KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:14-CV-862-WKW |
| | ) |
| ALABAMA DEPARTMENT | ) |
| OF REVENUE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On August 14, 2014, the Magistrate Judge filed a Recommendation in this case that Plaintiff's motion for preliminary injunction be denied. (Doc. # 6.) The Magistrate Judge concluded that Plaintiff's motion is due to be denied because she cannot show the requisite substantial likelihood of success on the merits of her claims.

On August 26, 2014, Plaintiff filed objections to the Recommendation, (Doc. # 7), along with an amended complaint, (Doc. # 8). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b)(1). Plaintiff contests the Magistrate Judge's finding that Plaintiff's original claims were not properly pleaded, and she asserts that he did not construe her *pro se* pleading liberally or accept her allegations as true. However, Plaintiff's *pro se* status does not relieve

her of the obligation to show substantial likelihood of success on the merits of her claims.

Accordingly, it is ORDERED as follows:

1. Plaintiff's objections (Doc. # 7) are OVERRULED;

2. The Recommendation (Doc. # 6) is ADOPTED;

3. Plaintiff's motion for preliminary injunction is DENIED without prejudice;

4. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 26th day of August, 2014.

                                          /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE