IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KASWANA A. KELLY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:14-CV-862-WKW |
| ALABAMA DEPARTMENT OF REVENUE, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## **ORDER**

On March 31, 2015, the Magistrate Judge filed a Recommendation in this case. (Doc. # 30.) On April 13, 2015, Plaintiff Kaswana Kelly timely filed objections. (Doc. # 31.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

Upon consideration of the Recommendation and Plaintiff's objections, it is ORDERED that:

1. Plaintiff's objections are OVERRULED;

2. The Recommendation is ADOPTED;

3. Defendants' motion to dismiss (Doc. # 15) is GRANTED; and

4. This case is DISMISSED pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction.

A separate final judgment will be entered.

DONE this 27th day of April, 2015.

                                              /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE